# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-522-W

| | |
|---|---|
| METROPOLITAN PARTNERSHIP, LTD., ) ) | |
| Plaintiff, ) ) | |
| ) | ORDER |
| vs. ) ) | |
| DOROTHY W. HARRIS, ) ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon the Report and Recommendation (M&R) of United States Magistrate Judge Carl Horn, III, recommending that Defendant's motions to dismiss be denied. No objections to the magistrate judge's M&R having been made within the period prescribed by Fed. R. Civ. P. 72(b), and no clear error being apparent in the record, the Court hereby ADOPTS the magistrate judge's M&R as the final decision of this Court for all purposes relating to this case.

IT IS SO ORDERED.

Signed: June 4, 2007

Frank D. Whitney
United States District Judge